# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                          NO. 2022 KW 0337

VERSUS

DONOVAN J. DARVILLE                                         **JULY 18, 2022**

---

In Re:    Donovan J. Darville, applying for supervisory writs, 23rd Judicial District Court, Parish of Ascension, No. 37,382.

---

**BEFORE:    HOLDRIDGE, PENZATO, AND LANIER, JJ.**

**WRIT DENIED.**

**GH**
**AHP**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

_____
          DEPUTY CLERK OF COURT
          FOR THE COURT